**Gevante D. ANDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 76658**

Missouri Court of Appeals,
Western District.

ORDER FILED: January 27, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 2015

Susan Hogan, Kansas City, MO, Counsel for Appellant

Jennifer Rodewald, Jefferson City, MO, Counsel for Respondent

Before Division Four: Alok Ahuja, C.J. Presiding, Lisa White Hardwick, and James Edward Welsh, JJ.

### ORDER

Per Curiam:

Gevante Anderson appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).